IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as the Administrator of the United States Environmental Protection Agency.<br><br>Defendant. | CV-21-7-GF-BMM<br><br>**ORDER** |

Plaintiff has moved for an order allowing Leann Johnson Koch, Esq., and Jonathan G. Hardin, Esq. to appear *pro hac vice* in this case with Jean E. Faure, Esq., designated as local counsel. The applications of Ms. Koch and Mr. Hardin appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motions to allow Ms. Koch and Mr. Hardin to appear on its behalf (Docs. 4 and 5) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. Koch and Mr. Hardin must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Koch and Mr. Hardin.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 4th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court