IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL S. REGAN, in his official capacity )<br>as the Administrator of the United States )<br>Environmental Protection Agency, )<br>)<br>Defendant. )<br>_____ ) | Case No. 21-cv-00007-BMM<br><br>**ORDER** |

THIS MATTER having come before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Amended Complaint ("Motion"), no party objecting, and the Court being advised in the premises,

IT IS ORDERED that the Motion is GRANTED. Accordingly, it is ordered that Defendant shall submit a response to Plaintiff's First Amended and Supplemental Complaint for Injunctive Relief on or before December 17, 2021.

DATED this 6th day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court