# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CALUMET MONTANA REFINING, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>         Defendant. | Case No. 21-cv-00007-BMM<br><br>**ORDER** |

THIS MATTER having come before the Court on the Joint Motion to Stay Case ("Motion") filed by Plaintiff and Defendant, no party objecting, and the Court being advised in the premises and good cause shown,

IT IS ORDERED that the Motion is GRANTED. Accordingly, it is ordered that:

1. This case is stayed through June 30, 2022;

2. All deadlines in this case are stayed, including Defendant's deadline to respond to the First Amendment and Supplemental Complaint;

3. Either party may move to terminate the stay after conferring with the other party. If the stay is terminated, the parties shall confer and submit joint or separate proposals to the Court to govern further proceedings; and

4. If the stay has not been terminated before June 30, 2022, the parties shall confer and submit joint or separate proposals to the Court on or before July 11, 2022, to govern further proceedings. One or both parties may propose an extension of the stay at that time.

Dated this 6th day of December, 2021

_____
Brian Morris, Chief District Judge
United States District Court