# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

|  |  |
|---|---|
| CALUMET MONTANA REFINING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 21-cv-00007-BMM<br><br>**ORDER** |

THIS MATTER having come before the Court on the Joint Motion to Set Schedule for Amendment/Supplementation of Complaint and for Response to Complaint ("Motion") filed by Plaintiff and Defendant, no party objecting, and the Court being advised in the premises and good cause shown,

IT IS ORDERED that the Motion is GRANTED. Accordingly, it is ordered that:

1. Plaintiff shall file a Second Amended and Supplemental Complaint on or before August 5, 2022; and

2. Defendant shall file a response to said complaint on or before October 7, 2022.

DATED this 11th day of July, 2022.

Brian Morris, Chief District Judge
United States District Court